No. 79-602. AGINS ET UX. v. CITY OF TIBURON. Sup. Ct. Cal. [Probable jurisdiction noted, 444 U. S. 1011.] Motion of New Jersey for leave to file a brief as *amicus curiae* denied.

No. 79-952. THOMAS v. REVIEW BOARD OF THE INDIANA EMPLOYMENT SECURITY DIVISION ET AL. Sup. Ct. Ind. [Certiorari granted, 444 U. S. 1070.] Motions of Jewish Peace Fellowship et al., American Jewish Congress, American Civil Liberties Union, and Americans United for Separation of Church and State Fund, Inc., for leave to file briefs as *amici curiae* granted.

No. 79-1268. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. McRAE ET AL. D. C. E. D. N. Y. [Probable jurisdiction noted, 444 U. S. 1069.] Motion for reconsideration of motion for appointment of Alan Ernest as counsel for children unborn and born alive denied.

No. 79-1260. CHANDLER ET AL. v. FLORIDA. Appeal from Sup. Ct. Fla. Probable jurisdiction noted.

No. 79-814. DELTA AIR LINES, INC. v. AUGUST. C. A. 7th Cir. Certiorari granted.

No. 78-6098. GAULTNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78-6834. JONES v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 79-261. BARNES ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.